1  COOPER, WHITE & COOPER LLP
   STEPHEN KAUS (SBN 57454)
2    skaus@cwclaw.com
   201 California Street, 17th Floor
3  San Francisco, California 94111
   Telephone:   415.433.1900
4  Facsimile:   415.433.5530

5  BARNES & THORNBURG LLP
   MICHAEL H. GOTTSCHLICH (SBN 155277)
6    michael.gottschlich@BTlaw.com
   11 South Meridian Street
7  Indianapolis, Indiana 46204
   Telephone:   317.236.1313
8  Facsimile:   317.231.7433

9  Attorneys for IRWIN UNION BANK AND
   TRUST COMPANY and IRWIN HOME
10 EQUITY CORPORATION

11

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| IRWIN UNION BANK AND TRUST COMPANY and IRWIN HOME EQUITY CORPORATION,<br><br>Plaintiffs,<br><br>vs.<br><br>FREEDOM MORTGAGE CORPORATION,<br><br>Defendant. | CASE NO. C08-00472 PJH<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

- Irwin Financial Corporation, a publicly-traded company that is the ultimate parent corporation for both Irwin Union Bank and Trust Company and Irwin Home Equity Corporation

COOPER, WHITE & COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111

594045.1

C08-00472 PJH

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

1 | DATED: January 24, 2008

COOPER, WHITE & COOPER LLP

By: _____
Stephen Kaus
Attorneys for IRWIN UNION BANK AND
TRUST COMPANY and IRWIN HOME
EQUITY CORPORATION

2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

COOPER, WHITE
& COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111

594045.1                                    2                                    C08-00472 PJH
CERTIFICATION OF INTERESTED ENTITIES OR PERSONS