NAME ADDRESS AND TELEPHONE NUMBER OF ATTORNEY

STEPHEN KAUS, ESQ.
COOPER, WHITE & COOPER, LLP
201 CALIFORNIA STREET, FIFTEENTH FLOOR
SAN FRANCISCO, CA 94111
Telephone: (415) 433-1900

Attorney for: Plaintiff

## UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| IRWIN UNION BANK AND TRUST COMPANY, ET AL. | CASE NUMBER |
|---|---|
| Plaintiff, | C08-00472 PJH |
| FREEDOM MORTGAGE CORPORATION | **DECLARATION OF SERVICE** |
| Defendant. | |

At the time of service I was a citizen of the United States, over the age of eighteen, and not a party to this action; I served copies of the:
SUMMONS IN A CIVIL CASE; COMPLAINT; CERTIFICATION OF INTERESTED ENTITIES OR PERSONS; CIVIL COVER SHEET; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; DISTRICT COURT GUIDELINES; ECF REGISTRATION INFORMATION HANDOUT; NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION

in the within action by personally delivering true copies thereof to the person served as follows:

    Served              : FREEDOM MORTGAGE CORPORATION

    By Serving          : Becky De George, Agent For Service Of Process

    Address             : ( Business ) CSC LAWYERS INCORPORATING SERVICE

                          2730 Gateway Oaks Drive, Suite 100
                          Sacramento, Ca 95833
    Date of Service     : January 28, 2008

    Time of Service     : 11:50AM

I declare under penalty of perjury under the laws of the United States of America that the foregoing information is true and correct.

Date: January 28, 2008

County Legal & Notary Service
255 N. Market Street, Suite 246
San Jose, California 95110
Telephone: (408) 295-2700
Registered SACRAMENTO                    Signature: _____
Number 2005-26                                       TANYA THOMAS

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

IRWIN UNION BANK AND TRUST COMPANY and IRWIN
HOME EQUITY CORPORATION

ADR

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER:

FREEDOM MORTGAGE CORPORATION

C08-00472 PJH

TO: (Name and address of defendant)
Freedom Mortgage Corporation
907 Pleasant Valley Avenue, Suite 3
Mount Laurel, NJ 08054

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Cooper, White & Cooper LLP
Stephen Kaus (SBN 57454)
201 California Street, 17th Floor
San Francisco, CA 94111
Telephone: 415-433-1900
Facsimile: 415-433-5530

Barnes & Thornburg LLP
Michael H. Gottschlich (SBN 155277)
11 South Meridian Street
Indianapolis, IN 46204
Telephone: 317-236-1313
Facsimile: 317-231-7433

an answer to the complaint which is herewith served upon you, within  20  days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

(BY) DEPUTY CLERK

DATE  JAN 2 2 2008

NDCAO440