JASON J. CURLIANO, ESQ. (SBN 167509)
KHALED TAQI-EDDIN, ESQ. (SBN 220923)
BUTY & CURLIANO LLP
555 12th Street, Suite 1280
Oakland, California 94607
Telephone: (510) 267-3000
Facsimile: (510) 267-0117
Email: jasonc@butycurliano.com

JOHN CROSSMAN[1]
ZUKERMAN GORE & BRANDEIS, LLP
875 Third Avenue
New York, New York 10022
Telephone: (212) 223-6700
Facsimile: (212) 223-6433
Email: john@johncrossman.com

Attorneys for Defendant
FREEDOM MORTGAGE CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| IRWIN UNION BANK AND TRUST COMPANY and IRWIN HOME EQUITY CORPORATION,<br><br>Plaintiffs,<br><br>vs.<br><br>FREEDOM MORTGAGE CORPORATION,<br><br>Defendant. | No.: C 08-00472 PJH<br><br>Action Filed: January 22, 2008<br><br>**NOTICE OF MOTION AND MOTION OF DEFENDANT FREEDOM MORTGAGE CORPORATION TO DISMISS OR STAY ACTION AND FOR AN ORDER COMPELLING ARBITRATION**<br>**[FRCP RULE 12(b)]**<br>**[9 U.S.C. §§ 3-4]**<br><br>Date:    April 16, 2008<br>Time:    9:00 a.m.<br>Courtroom: 3<br>Judge: Phyllis J. Hamilton |

---

[1] Application for admission *pro hac vice* pending.

1

NOTICE OF MOTION AND MOTION OF FREEDOM MTG. CORP. TO DISMISS OR STAY ACTION AND FOR
AN ORDER COMPELLING ARBITRATION [FRCP RULE 12(b)] [9 U.S.C. §§ 3-4]
CASE NO. C08-00472 PJH

1   PLEASE TAKE NOTICE that on April 16, 2008, at 9:00 a.m., or as soon thereafter as this matter may be heard in Courtroom 3 of the above-entitled Court located at 450 Golden Gate Ave., San Francisco, California 94102, Defendant FREEDOM MORTGAGE CORPORATION ("FREEDOM") will and does hereby move the Court for an order (1) dismissing this action with prejudice or, in the alternative, staying this action pending the completion of the binding arbitration, and (2) compelling Plaintiffs IRWIN UNION BANK AND TRUST COMPANY and IRWIN HOME EQUITY CORPORATION (the "IRWIN ENTITIES") to arbitrate all causes of action alleged in their Complaint against FREEDOM, filed on January 22, 2008.

This motion and petition are made pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure, Sections 3 and 4 of the Federal Arbitration Act (9 U.S.C. §§ 1-16) and the California Arbitration Act (Cal.C.Civ.Pro. §§ 1280-1294.2), on the grounds that the claims in this action relate to a contract, to which the IRWIN ENTITIES and FREEDOM are parties, and which contains a valid and enforceable arbitration clause estopping the IRWIN ENTITIES from avoiding arbitration by bringing this suit against FREEDOM for claims relating to that contract.

This motion and petition is based on this notice and motion, the concurrently filed memorandum of points and authorities, declaration of David Altman and exhibits thereto, the pleadings and records on file herein, and such other and further argument as may be presented and allowed by the Court at the time of the hearing.

Dated: March 12, 2008

BUTY & CURLIANO, LLP

By: /s/ Khaled
KHALED TAQI-EDIN
Attorneys for Defendant
FREEDOM MORTGAGE CORPORATION

2

NOTICE OF MOTION AND MOTION OF FREEDOM MTG. CORP. TO DISMISS OR STAY ACTION AND FOR AN ORDER COMPELLING ARBITRATION [FRCP RULE 12(b)] [9 U.S.C. §§ 3-4]
CASE NO. C08-00472 PJH

BUTY & CURLIANO LLP
ATTORNEYS AT LAW
555 12TH ST., SUITE 1280
OAKLAND CA 94607
510.267.3000