JASON J. CURLIANO, State Bar No. 167509
BUTY & CURLIANO LLP
555 City Center
555 12th Street, Suite 1280
Oakland, California 94607
Telephone: (510) 267-3000
Facsimile: (510) 267-0117
Email: jasonc@butycurliano.com

JOHN K. CROSSMAN
ZUKERMAN GORE & BRANDEIS, LLP
875 Third Avenue, 28th Floor
New York, NY 10022
Telephone: (212) 223-6700
Facsimile: (212) 223-6433
Email: john@johncrossman.com

Attorneys for Defendant
FREEDOM MORTGAGE CORPORATION

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| IRWIN UNION BANK AND TRUST COMPANY AND IRWIN HOME EQUITY CORPORATION,<br><br>Plaintiffs,<br><br>vs.<br><br>FREEDOM MORTGAGE CORPORATION,<br><br>Defendant. | CASE NO. C08-00472 PJH<br><br>STIPULATION PURSUANT TO LOCAL RULE 6-1(a) TO EXTEND TIME FOR DEFENDANT FREEDOM MORTGAGE CORPORATION TO FILE RESPONSIVE PLEADING |

1

STIPULATION PURSUANT TO LOCAL RULE 6-1(a) TO EXTEND TIME FOR DEFENDANT FREEDOM
MORTGAGE CORPORATION TO FILE RESPONSIVE PLEADING
CASE NO. C08-00472 PJH

BUTY & CURLIANO LLP
ATTORNEYS AT LAW
555 CITY CENTER
555 12TH ST., SUITE 1280
OAKLAND CA 94607
510.267-3000

Pursuant to Northern District Local Rule 6-1(a), plaintiffs Irwin Union Bank and Trust Company and Irwin Home Equity Corporation and defendant Freedom Mortgage Corporation hereby stipulate that defendant shall have up to an including March 13, 2008 to file a responsive pleading in Case No. C08-00472 PJH. This stipulation will not "alter the date of any event or any deadline already fixed by Court order."

**IT IS SO STIPULATED.**

DATED: March 14, 2008

BUTY & CURLIANO LLP

By: _____
JASON J. CURLIANO
Attorneys for Defendant
FREEDOM MORTGAGE CORPORATION

DATED: March 13, 2008

COOPER WHITE & COOPER LLP

By: _____
STEPHEN KAUS
Attorneys for Plaintiffs
IRWIN UNION BANK AND TRUST
COMPANY AND IRWIN HOME EQUITY
CORPORATION

C:\Documents and Settings\skaus\Local Settings\Temporary Internet Files\OLK126\stip respon pldg 02.doc

2

STIPULATION PURSUANT TO LOCAL RULE 6-1(a) TO EXTEND TIME FOR DEFENDANT FREEDOM MORTGAGE CORPORATION TO FILE RESPONSIVE PLEADING
CASE NO. C08-00472 PJH

BUTY & CURLIANO LLP
ATTORNEYS AT LAW
555 CITY CENTER
555 12TH ST., SUITE 1280
OAKLAND CA 94607
510.267-3000