COOPER, WHITE & COOPER LLP
STEPHEN KAUS (SBN 57454)
  skaus@cwclaw.com
201 California Street, 17th Floor
San Francisco, California 94111
Telephone:   415.433.1900
Facsimile:    415.433.5530

BARNES & THORNBURG LLP
MICHAEL H. GOTTSCHLICH (SBN 155277)
  michael.gottschlich@BTlaw.com
11 South Meridian Street
Indianapolis, Indiana 46204
Telephone:   317.236.1313
Facsimile:    317.231.7433

Attorneys for IRWIN UNION BANK AND TRUST COMPANY and IRWIN HOME EQUITY CORPORATION

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| IRWIN UNION BANK AND TRUST COMPANY and IRWIN HOME EQUITY CORPORATION,<br><br>Plaintiffs,<br><br>vs.<br><br>FREEDOM MORTGAGE CORPORATION,<br><br>Defendant. | CASE NO. C08-00472 PJH<br><br>**STIPULATION AND ORDER CONTINUING HEARING DATE ON MOTION OF DEFENDANT FREEDOM MORTGAGE CORPORATION TO DISMISS OR STAY ACTION AND FOR AN ORDER COMPELLING ARBITRATION**<br><br>Date:   April 23, 2008<br>Time:   9:00 a.m.<br>Crtrm:  3 |

Plaintiffs Irwin Union Bank and Trust Company and Irwin Home Equity Corporation ("Irwin") and defendant Freedom Mortgage Corporation ("Freedom") pursuant to Local Rule 6-1(b), stipulate and request a postponement of the hearing date on defendant Freedom Mortgage Corporation's previously filed Motion to Dismiss or Stay Action and For an Order Compelling Arbitration.

1.     In order that Irwin may fully consider its response to Freedom's motion to compel

597364.1                                                                                                                                C08-00472 PJH
STIPULATION AND ORDER CONTINUING HEARING DATE ON MOTION OF DEFENDANT FREEDOM MORTGAGE CORPORATION TO DISMISS OR STAY ACTION AND FOR AN ORDER COMPELLING ARBITRATION

COOPER, WHITE & COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111

1  arbitration, the parties hereby stipulate that the hearing on the motion, previously set for April 23,
2  2008, should be continued to April 30, 2008, or the first motion date thereafter that is convenient
3  to the Court.

4      2.    Based on the requested April 30, 2008 motion date, Irwin's opposition would be
5  due on April 9, 2008, and Freedom's reply would be due on April 16, 2008.

7  DATED: March 26, 2008        COOPER, WHITE & COOPER LLP

9  By: /s/ Stephen Kaus
10  Stephen Kaus
    Attorneys for IRWIN UNION BANK AND
    TRUST COMPANY and IRWIN HOME
11  EQUITY CORPORATION

13  DATED: March 26, 2008        BUTY & CURLIANO LLP

15  By: /s/ (220923)
    for Jason J. Curliano
    Attorneys for FREEDOM MORTGAGE
16  CORPORATION

17  **ORDER**

18  Pursuant to this Stipulation IT IS SO ORDERED.

20  Dated: March _____, 2008

21  _____
    Honorable Phyllis J. Hamilton
    United States District Judge

COOPER, WHITE
& COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111

597364.1    2    C08-00472 PJH
STIPULATION AND ORDER CONTINUING HEARING DATE ON MOTION OF DEFENDANT FREEDOM
MORTGAGE CORPORATION TO DISMISS OR STAY ACTION AND FOR AN ORDER COMPELLING
ARBITRATION