1  COOPER, WHITE & COOPER LLP
   STEPHEN KAUS (SBN 57454)
2     skaus@cwclaw.com
   201 California Street, 17th Floor
3  San Francisco, California 94111
   Telephone:   415.433.1900
4  Facsimile:   415.433.5530

5  BARNES & THORNBURG LLP
   MICHAEL H. GOTTSCHLICH (SBN 155277)
6     michael.gottschlich@BTlaw.com
   11 South Meridian Street
7  Indianapolis, Indiana 46204
   Telephone:   317.236.1313
8  Facsimile:   317.231.7433

9  Attorneys for IRWIN UNION BANK AND
   TRUST COMPANY and IRWIN HOME
10 EQUITY CORPORATION

11

12                    UNITED STATES DISTRICT COURT

13           NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

14

| 15 | IRWIN UNION BANK AND TRUST COMPANY and IRWIN HOME EQUITY CORPORATION, | CASE NO. C08-00472 PJH |
|---|---|---|
| 16 | | STIPULATION AND ORDER CONTINUING HEARING DATE ON MOTION OF DEFENDANT FREEDOM MORTGAGE CORPORATION TO DISMISS OR STAY ACTION AND FOR AN ORDER COMPELLING ARBITRATION |
| 17 | Plaintiffs, | |
| 18 | vs. | |
| 19 | FREEDOM MORTGAGE CORPORATION, | |
| 20 | Defendant. | Date:  April 23, 2008<br>Time:  9:00 a.m.<br>Crtrm: 3 |

22     Plaintiffs Irwin Union Bank and Trust Company and Irwin Home Equity Corporation

23 ("Irwin") and defendant Freedom Mortgage Corporation ("Freedom") pursuant to Local Rule 6-

24 1(b), stipulate and request a postponement of the hearing date on defendant Freedom Mortgage

25 Corporation's previously filed Motion to Dismiss or Stay Action and For an Order Compelling

26 Arbitration.

27     1.    In order that Irwin may fully consider its response to Freedom's motion to compel

28

COOPER, WHITE & COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111

597364.1                                                                C08-00472 PJH
STIPULATION AND ORDER CONTINUING HEARING DATE ON MOTION OF DEFENDANT FREEDOM
MORTGAGE CORPORATION TO DISMISS OR STAY ACTION AND FOR AN ORDER COMPELLING
ARBITRATION

arbitration, the parties hereby stipulate that the hearing on the motion, previously set for April 23, 2008, should be continued to April 30, 2008, or the first motion date thereafter that is convenient to the Court.

2. Based on the requested April 30, 2008 motion date, Irwin's opposition would be due on April 9, 2008, and Freedom's reply would be due on April 16, 2008.

DATED: March 26, 2008                    COOPER, WHITE & COOPER LLP

                                         By: /s/ Stephen Kaus
                                         Stephen Kaus
                                         Attorneys for IRWIN UNION BANK AND
                                         TRUST COMPANY and IRWIN HOME
                                         EQUITY CORPORATION

DATED: March 26, 2008                    BUTY & CURLIANO LLP

                                         By: /s/ (220923)
                                         for Jason J. Curliano
                                         Attorneys for FREEDOM MORTGAGE
                                         CORPORATION

**ORDER**

Pursuant to this Stipulation IT IS SO ORDERED.

Dated: March 28, 2008

_____
Honorable Phyllis J. Hamilton
United States District Judge

IT IS SO ORDERED
Judge Phyllis J. Hamilton

COOPER, WHITE & COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111

597364.1                              2                              C08-00472 PJH
STIPULATION AND ORDER CONTINUING HEARING DATE ON MOTION OF DEFENDANT FREEDOM MORTGAGE CORPORATION TO DISMISS OR STAY ACTION AND FOR AN ORDER COMPELLING ARBITRATION