1  DAVID J. BERGER (Bar No. 147645)
   DOMINIQUE-CHANTALE ALEPIN (Bar No. 241648)
2  WILSON SONSINI GOODRICH & ROSATI
   650 Page Mill Road
3  Palo Alto, CA 94304
   Telephone: (650) 493-9300
4  Facsimile: (650) 493-6811
   dalepin@wsgr.com
5
   JENNY L. DIXON (Bar No. 192638)
6  WILSON SONSINI GOODRICH & ROSATI
   One Market Street
7  Spear Tower, Suite 3300
   San Francisco, CA 94105
8  Telephone: (415) 947-2000
   Facsimile: (415) 947-2099
9  jldixon@wsgr.com

10 Attorneys for Plaintiffs
   IRWIN UNION BANK AND TRUST COMPANY
11 and IRWIN HOME EQUITY CORPORATION

12                    UNITED STATES DISTRICT COURT

13                    NORTHERN DISTRICT OF CALIFORNIA

14 IRWIN UNION BANK AND TRUST           ) CASE NO.:  C08-00472-PJH
   COMPANY AND IRWIN HOME EQUITY        )
15 CORPORATION,                         ) IRWIN UNION BANK AND TRUST
                                        ) COMPANY'S MOTION FOR AN
16        Plaintiffs,                   ) ORDER AND [PROPOSED] ORDER
                                        ) PERMITTING WITHDRAWAL AND
17        v.                            ) SUBSTITUTAION OF COUNSEL
                                        )
18 FREEDON MORTGAGE COMPANY,            ) (Civ. L.R. 7-11 and 11-5)
                                        )
19        Defendant.                    )
                                        )
20 _____ )

21

22

23

24

25

26

27

28

IRWIN UNION'S MOTION TO SUBSTITUTE                                    3333164.1
COUNSEL
CASE NO. C08-00472-PJH

Pursuant to Civil Local Rules 7-11 and 11-5, Plaintiff Irwin Union Bank And Trust Company ("Irwin Union") hereby moves the Court for an order permitting the withdrawal of its counsel of record, Stephen Kaus of Cooper, White & Cooper, LLP ("Cooper") and Michael H. Gottschlich of Barnes & Thornburg, LLP ("Barnes") and the appearance of substitute counsel, David J. Berger, Jenny L. Dixon and Dominique-Chantale Alepin of Wilson Sonsini Goodrich & Rosati, P.C. ("WSGR"), on its behalf in this action. Irwin Union respectfully submits that said substitution of counsel is in the interests of justice.

Irwin Union, Cooper, Barnes and WSGR consent to such withdrawal and substitution of counsel.

Accordingly, Irwin Union respectfully requests that the Court enter an Order reflecting this change, and that all necessary changes be made to the Court's records and ECF, and that all future communications regarding this case be directed to the following:

> DAVID J. BERGER (Bar No. 147645)
> DOMINIQUE-CHANTALE ALEPIN (Bar No. 241648)
> WILSON SONSINI GOODRICH & ROSATI
> 650 Page Mill Road
> Palo Alto, CA 94304
> Telephone: (650) 493-9300
> Facsimile: (650) 493-6811
> dalepin@wsgr.com
>
> JENNY L. DIXON (Bar No. 192638)
> WILSON SONSINI GOODRICH & ROSATI
> One Market Street
> Spear Tower, Suite 3300
> San Francisco, CA 94105
> Telephone: (415) 947-2000
> Facsimile: (415) 947-2099
> jldixon@wsgr.com

Counsel for Defendant, John K. Crossman of Zukerman Gore & Brandeis, LLP, was informed of the proposed substitution on April 1, 2008.

This motion is not made for purposes of delay or any other improper purpose.

WHEREFORE, Irwin Union respectfully requests this Court enter its Order permitting withdrawal and substitution of counsel for Irwin Union, and update the Court's records and ECF system for this case by removing as counsel of record Stephen Kaus of Cooper and Michael H.

1  Gottschlich of Barnes and substituting in their place David J. Berger, Jenny L. Dixon and
2  Dominique-Chantale Alepin of WSGR as counsel of record for Irwin Union.

Dated: April 8, 2008                                WILSON SONSINI GOODRICH & ROSATI
                                                    Professional Corporation
                                                    David J. Berger (Bar No. 147645)
                                                    Jenny L. Dixon (Bar No. 192638)
                                                    Dominique-Chantale Alepin (Bar No. 214648)


                                                    By: /s/
                                                         David J. Berger
                                                         dberger@wsgr.com

                                                         650 Page Mill Road
                                                         Palo Alto, CA 94304
                                                         Telephone: (650) 493-9300
                                                         Facsimile: (650) 493-6811

                                                    *Attorneys for Plaintiffs Irwin Union Bank and Trust
                                                    Company and Irwin Home Equity Corporation*


DATED: April 8, 2008                                IRWIN UNION BANK AND TRUST
                                                    COMPANY


                                                    By:     Steven R. Schultz
                                                         Steven R. Schultz
                                                    Its     Secretary

---

IRWIN UNION'S MOTION TO SUBSTITUTE COUNSEL                -2-                                3333164_1.DOC
CASE NO. C08-00472-PJH

1  I, Jenny L. Dixon, am the ECF User whose identification and password are being used to file this IRWIN UNION BANK AND TRUST COMPANY'S MOTION FOR AN ORDER AND [PROPOSED] ORDER PERMITTING WITHDRAWAL AND SUBSTITUTION OF COUNSEL. In compliance with General Order 45.X.B, I hereby attest that David J. Berger and Steven R. Schultz have concurred in this filing.

Dated April 8, 2008

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: <u>Jenny L. Dixon</u>
      Jenny L. Dixon

*Attorneys for Plaintiffs Irwin Union Bank and Trust Company and Irwin Home Equity Corporation*

## [PROPOSED] ORDER

Having reviewed and considered Plaintiff Irwin Union's Motion for An Order Permitting Withdrawal and Substitution of Counsel, and good cause appearing, the Court hereby orders that Stephen Kaus of Cooper, White & Cooper, LLP ("Cooper") and Michael H. Gottschlich of Barnes & Thornburg, LLP ("Barnes") be permitted to withdraw as counsel of record for Irwin Union and David J. Berger, Jenny L. Dixon and Dominique-Chantale Alepin of Wilson Sonsini Goodrich & Rosati, P.C. ("WSGR") may appear as substitute counsel of record for Irwin Union. The Court's ECF system shall be updated to reflect these changes.

DATED: _____, 2008            _____
                                      Honorable Phyllis J. Hamilton
                                      United Sates District Judge
                                      Northern District of California