1  DAVID J. BERGER (Bar No. 147645)
   DOMINIQUE-CHANTALE ALEPIN (Bar No. 241648)
2  WILSON SONSINI GOODRICH & ROSATI
   650 Page Mill Road
3  Palo Alto, CA 94304
   Telephone: (650) 493-9300
4  Facsimile: (650) 493-6811
   dalepin@wsgr.com
5
   JENNY L. DIXON (Bar No. 192638)
6  WILSON SONSINI GOODRICH & ROSATI
   One Market Street
7  Spear Tower, Suite 3300
   San Francisco, CA 94105
8  Telephone: (415) 947-2000
   Facsimile: (415) 947-2099
9  jldixon@wsgr.com

10 Attorneys for Plaintiffs
   IRWIN UNION BANK AND TRUST COMPANY
11 and IRWIN HOME EQUITY CORPORATION

12                        UNITED STATES DISTRICT COURT

13                       NORTHERN DISTRICT OF CALIFORNIA

14 | IRWIN UNION BANK AND TRUST      ) | CASE NO.:  C08-00472-PJH
   | COMPANY AND IRWIN HOME EQUITY   ) |
15 | CORPORATION,                    ) | IRWIN HOME EQUITY
   |                                 ) | CORPORATION'S MOTION FOR AN
16 |         Plaintiffs,             ) | ORDER AND [P~~ROPOSED~~] ORDER
   |                                 ) | PERMITTING WITHDRAWAL AND
17 |    v.                           ) | SUBSTITUTION OF COUNSEL
   |                                 ) |
18 | FREEDON MORTGAGE COMPANY,       ) |
   |                                 ) | (Civ. L. R. 7-11 and 11-5)
19 |         Defendant.              ) |
   |                                 ) |
20 |_____) |

21
22
23
24
25
26
27
28

IRWIN HOME'S MOTION TO SUBSTITUTE                               3333183.1
COUNSEL
CASE NO. C08-00472-PJH

1  Pursuant to Civil Local Rules 7-11 and 11-5, Plaintiff Irwin Home Equity Corporation
2  ("Irwin Home") hereby moves the Court for an order permitting the withdrawal of its counsel of
3  record, Stephen Kaus of Cooper, White & Cooper, LLP ("Cooper") and Michael H. Gottschlich
4  of Barnes & Thornburg, LLP ("Barnes") and the appearance of substitute counsel, David J.
5  Berger, Jenny L. Dixon and Dominique-Chantale Alepin of Wilson Sonsini Goodrich & Rosati,
6  P.C. ("WSGR"), on its behalf in this action.  Irwin Home respectfully submits that said
7  substitution of counsel is in the interests of justice.
8  Irwin Home, Cooper, Barnes and WSGR consent to such withdrawal and substitution of
9  counsel.
10  Accordingly, Irwin Home respectfully requests that the Court enter an Order reflecting
11  this change, and that all necessary changes be made to the Court's records and ECF, and that all
12  future communications regarding this case be directed to the following:

13  
14  DAVID J. BERGER (Bar No. 147645)
    DOMINIQUE-CHANTALE ALEPIN (Bar No. 241648)
15  WILSON SONSINI GOODRICH & ROSATI
    650 Page Mill Road
16  Palo Alto, CA 94304
    Telephone: (650) 493-9300
17  Facsimile: (650) 493-6811
    dalepin@wsgr.com
18  
    JENNY L. DIXON (Bar No. 192638)
19  WILSON SONSINI GOODRICH & ROSATI
    One Market Street
20  Spear Tower, Suite 3300
    San Francisco, CA 94105
21  Telephone: (415) 947-2000
    Facsimile: (415) 947-2099
22  jldixon@wsgr.com

23  Counsel for Defendant, John K. Crossman of Zukerman Gore & Brandeis, LLP, was
24  informed of the proposed substitution on April 1, 2008.
25  This motion is not made for purposes of delay or any other improper purpose.
26  WHEREFORE, Irwin Home respectfully requests this Court enter its Order permitting
27  withdrawal and substitution of counsel for Irwin Home, and update the Court's records and ECF
28  system for this case by removing as counsel of record Stephen Kaus of Cooper and Michael H.

...

Gottschlich of Barnes and substituting in their place David J. Berger, Jenny L. Dixon and Dominique-Chantale Alepin of WSGR as counsel of record for Irwin Home.

Dated: April 8, 2008

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
David J. Berger (Bar No. 147645)
Jenny L. Dixon (Bar No. 192638)
Dominique-Chantale Alepin (Bar No. 214648)

By: /s/
    David J. Berger
    dberger@wsgr.com

650 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 493-9300
Facsimile: (650) 493-6811

*Attorneys for Plaintiffs Irwin Union Bank and Trust Company and Irwin Home Equity Corporation*

DATED: April 8, 2008

IRWIN HOME EQUITY CORPORATION

By:   Steven R. Schultz
      Steven R. Schultz
Its   Secretary

1  I, Jenny L. Dixon, am the ECF User whose identification and password are being used to
2  file this IRWIN HOME EQUITY CORPORATION'S MOTION FOR AN ORDER AND
3  [PROPOSED] ORDER PERMITTING WITHDRAWAL AND SUBSTITUTION OF COUNSEL.
4  In compliance with General Order 45.X.B, I hereby attest that David J. Berger and Steven R.
5  Schultz have concurred in this filing.

Dated April 8, 2008

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: <u>Jenny L. Dixon</u>
      Jenny L. Dixon

*Attorneys for Plaintiffs Irwin Union Bank and Trust Company and Irwin Home Equity Corporation*

1 **[PROPOSED] ORDER**

2  Having reviewed and considered Plaintiff Irwin Home's Motion for An Order Permitting

3 Withdrawal and Substitution of Counsel, and good cause appearing, the Court hereby orders that

4 Stephen Kaus of Cooper, White & Cooper, LLP ("Cooper") and Michael H. Gottschlich of Barnes

5 & Thornburg, LLP ("Barnes") be permitted to withdraw as counsel of record for Irwin Home and

6 David J. Berger, Jenny L. Dixon and Dominique-Chantale Alepin of Wilson Sonsini Goodrich &

7 Rosati, P.C. ("WSGR") may appear as substitute counsel of record for Irwin Home. The Court's

8 ECF system shall be updated to reflect these changes.

11 DATED: ___April 10___, 2008

12 Honorable Phyllis ...
13 United ...
    Northern ...

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*
(Seal: United States District Court, Northern District of California)

IRWIN HOME'S MOTION TO SUBSTITUTE COUNSEL
CASE NO. C08-00472-PJH
-4-
3333183_1.DOC