DAVID J. BERGER (Bar No. 147645)
DOMINIQUE-CHANTALE ALEPIN (Bar No. 241648)
WILSON SONSINI GOODRICH & ROSATI
650 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 493-9300
Facsimile: (650) 493-6811
dalepin@wsgr.com

JENNY L. DIXON (Bar No. 192638)
WILSON SONSINI GOODRICH & ROSATI
One Market Street
Spear Tower, Suite 3300
San Francisco, CA 94105
Telephone: (415) 947-2000
Facsimile: (415) 947-2099
jldixon@wsgr.com

Attorneys for Plaintiffs
IRWIN UNION BANK AND TRUST COMPANY
and IRWIN HOME EQUITY CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRWIN UNION BANK AND TRUST COMPANY AND IRWIN HOME EQUITY CORPORATION,<br><br>       Plaintiffs,<br><br>       v.<br><br>FREEDON MORTGAGE COMPANY,<br><br>       Defendant. | CASE NO.: C08-00472-PJH<br><br>IRWIN UNION BANK AND TRUST COMPANY'S MOTION FOR AN ORDER AND [~~PROPOSED~~] ORDER PERMITTING WITHDRAWAL AND SUBSTITUTAION OF COUNSEL<br><br>(Civ. L.R. 7-11 and 11-5) |

1  Pursuant to Civil Local Rules 7-11 and 11-5, Plaintiff Irwin Union Bank And Trust
2  Company ("Irwin Union") hereby moves the Court for an order permitting the withdrawal of its
3  counsel of record, Stephen Kaus of Cooper, White & Cooper, LLP ("Cooper") and Michael H.
4  Gottschlich of Barnes & Thornburg, LLP ("Barnes") and the appearance of substitute counsel,
5  David J. Berger, Jenny L. Dixon and Dominique-Chantale Alepin of Wilson Sonsini Goodrich &
6  Rosati, P.C. ("WSGR"), on its behalf in this action. Irwin Union respectfully submits that said
7  substitution of counsel is in the interests of justice.
8  Irwin Union, Cooper, Barnes and WSGR consent to such withdrawal and substitution of
9  counsel.
10  Accordingly, Irwin Union respectfully requests that the Court enter an Order reflecting
11  this change, and that all necessary changes be made to the Court's records and ECF, and that all
12  future communications regarding this case be directed to the following:

>  DAVID J. BERGER (Bar No. 147645)
>  DOMINIQUE-CHANTALE ALEPIN (Bar No. 241648)
>  WILSON SONSINI GOODRICH & ROSATI
>  650 Page Mill Road
>  Palo Alto, CA 94304
>  Telephone: (650) 493-9300
>  Facsimile: (650) 493-6811
>  dalepin@wsgr.com
>
>  JENNY L. DIXON (Bar No. 192638)
>  WILSON SONSINI GOODRICH & ROSATI
>  One Market Street
>  Spear Tower, Suite 3300
>  San Francisco, CA 94105
>  Telephone: (415) 947-2000
>  Facsimile: (415) 947-2099
>  jldixon@wsgr.com

23  Counsel for Defendant, John K. Crossman of Zukerman Gore & Brandeis, LLP, was
24  informed of the proposed substitution on April 1, 2008.
25  This motion is not made for purposes of delay or any other improper purpose.
26  WHEREFORE, Irwin Union respectfully requests this Court enter its Order permitting
27  withdrawal and substitution of counsel for Irwin Union, and update the Court's records and ECF
28  system for this case by removing as counsel of record Stephen Kaus of Cooper and Michael H.

Gottschlich of Barnes and substituting in their place David J. Berger, Jenny L. Dixon and Dominique-Chantale Alepin of WSGR as counsel of record for Irwin Union.

Dated: April 8, 2008

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
David J. Berger (Bar No. 147645)
Jenny L. Dixon (Bar No. 192638)
Dominique-Chantale Alepin (Bar No. 214648)

By: /s/
    David J. Berger
    dberger@wsgr.com

650 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 493-9300
Facsimile: (650) 493-6811

*Attorneys for Plaintiffs Irwin Union Bank and Trust Company and Irwin Home Equity Corporation*

DATED: April 8, 2008

IRWIN UNION BANK AND TRUST COMPANY

By:   Steven R. Schultz
    Steven R. Schultz
Its    Secretary

1   I, Jenny L. Dixon, am the ECF User whose identification and password are being used to
2   file this IRWIN UNION BANK AND TRUST COMPANY'S MOTION FOR AN ORDER AND
3   [PROPOSED] ORDER PERMITTING WITHDRAWAL AND SUBSTITUTION OF COUNSEL.
4   In compliance with General Order 45.X.B, I hereby attest that David J. Berger and Steven R.
5   Schultz have concurred in this filing.

6
7   Dated April 8, 2008                       WILSON SONSINI GOODRICH & ROSATI
                                               Professional Corporation
8                                              By:  Jenny L. Dixon
                                                    Jenny L. Dixon
9
                                               *Attorneys for Plaintiffs Irwin Union Bank and*
10                                             *Trust Company and Irwin Home Equity*
                                               *Corporation*
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**[PROPOSED] ORDER**

Having reviewed and considered Plaintiff Irwin Union's Motion for An Order Permitting Withdrawal and Substitution of Counsel, and good cause appearing, the Court hereby orders that Stephen Kaus of Cooper, White & Cooper, LLP ("Cooper") and Michael H. Gottschlich of Barnes & Thornburg, LLP ("Barnes") be permitted to withdraw as counsel of record for Irwin Union and David J. Berger, Jenny L. Dixon and Dominique-Chantale Alepin of Wilson Sonsini Goodrich & Rosati, P.C. ("WSGR") may appear as substitute counsel of record for Irwin Union. The Court's ECF system shall be updated to reflect these changes.

DATED: April 10, 2008

_____
Honorable Phyllis J. Hamilton
United States District Judge
Northern District of California

IT IS SO ORDERED
Judge Phyllis J. Hamilton