

1  JASON J. CURLIANO, State Bar No. 167509
   BUTY & CURLIANO LLP
2  555 City Center
   555 12th Street, Suite 1280
3  Oakland, California 94607
   Telephone: (510) 267-3000
4  Facsimile:  (510) 267-0117
   Email: jasonc@butycurliano.com
5
   JOHN K. CROSSMAN
6  ZUKERMAN GORE & BRANDEIS, LLP
   875 Third Avenue, 28th Floor
7  New York, NY 10022
   Telephone: (212) 223-6700
8  Facsimile:  (212) 223-6433
   Email: jcrossman@zgbllp.com
9
   Attorneys for Defendant
10 FREEDOM MORTGAGE CORPORATION

11

12                    **UNITED STATES DISTRICT COURT**

13        **NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

14

15

16 IRWIN UNION BANK AND TRUST            )  CASE NO. C08-00472 PJH
   COMPANY AND IRWIN HOME EQUITY         )
17 CORPORATION,                          )
                                         )  **APPLICATION FOR ADMISSION OF**
18                   Plaintiffs,         )  **ATTORNEY** *PRO HAC VICE*
                                         )
19        vs.                            )  **JUDGE PHYLLIS J. HAMILTON**
                                         )
20 FREEDOM MORTGAGE CORPORATION,         )
                                         )
21                   Defendant.          )
                                         )
22 _____)

23

24

25

26

27
                                    1
28
BUTY & CURLIANO LLP
ATTORNEYS AT LAW
555 CITY CENTER
555 12TH ST., SUITE 1280
OAKLAND CA 94607
510.267-3000

APPLICATION FOR ADMISSION PRO HAC VICE
CASE NO. C08-00472 PJH

Pursuant to Civil L.R. 11-3, John K. Crossman, an active member in good standing of the Bar of the Southern and Eastern District Courts of New York, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing defendant Freedom Mortgage Corporation in the above-entitled action.

In support of this application, I, John K. Crossman, certify under oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, and to become familiar with the Local Rules and the Alternative Dispute Resolution Programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

> Jason J. Curliano
> Buty & Curliano LLP
> 555 12th Street, Suite 1300
> Oakland, CA 94607
> (510) 267-3000

4. Plaintiffs' counsel has no objection to my admission pro hac vice.

I declare, under penalty of perjury under the law of the State of California that the foregoing is true and correct. Executed on this 10th day of April, 2008 in New York, New York.

*[signature]*
JOHN K. CROSSMAN

BUTY & CURLIANO LLP
ATTORNEYS AT LAW
555 CITY CENTER
555 12TH ST., SUITE 1200
OAKLAND CA 94607
510.267.3000

## PROOF OF SERVICE

I, Milagro Diaz, declare that I am employed in the County of Alameda, California. I am over the age of eighteen years and not a party to the within entitled cause; my business address is 555 - 12th Street, Suite 1280, Oakland, CA 94607.

On April 14, 2008, I served the attached:

**APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*; [PROPOSED] ORDER REGARDING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**

on the interested parties in said cause, by placing a true copy thereof enclosed in a sealed envelope addressed as follows and I caused delivery to be made by the mode of service indicated below:

**Attorney for Plaintiffs**
Jenny L. Dixon, Esq.
WILSON SONSINI GOODRICH & ROSATI
One Market Street
Spear Tower, Suite 3300
San Francisco, CA 94105

Tel: (415) 947-2000
Fax: (415) 947-2099

**Attorney for Plaintiffs**
David J. Berger, Esq.
Dominique-Chantale Alepin, Esq.
WILSON SONSINI GOODRICH & ROSATI
650 Page Mill Road
Palo Alto, CA 94304

Tel: (650) 493-9300
Fax: (650) 493-6811

**Attorneys for Defendant**
John K. Crossman, Esq.
Zukerman, Gore & Brandeis LLP
875 Third Avenue, 28th Floor
New York, NY 10022

Tel: (212) 223-6700
Fax: (212) 223-6433

___ (By Facsimile Machine) on all parties in said action by transmitting a true and correct copy thereof from our office facsimile machine to the facsimile machine numbers shown in this proof of service and/or the attached list. Following transmission, a Transmission Report was received from our fax machine indicating that the transmission had been transmitted without error.

_X_ (By Mail) on all parties in said action in accordance with Code of Civil Procedure Section 1013, by placing a true and correct copy thereof enclosed in a sealed envelope in a designated area for outgoing mail, addressed as set forth above, at Buty & Curliano, which mail placed in that designated area is given he correct amount of postage and is deposited that same day, in the ordinary course of business, in a United States mailbox in the County of Alameda.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: April 14, 2008

_____
MILAGRO DIAZ

BUTY & CURLIANO, LLP
555 12TH STREET
SUITE 1280
OAKLAND CA 94607
510.267-3000
510-267-0117

1

```
Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611018111
Cashier ID: almaceh
Transaction Date: 04/14/2008
Payer Name: BUTY AND CURLIANO LLP

PRO HAC VICE
 For: J CROSSMAN
 Case/Party: D-CAN-3-08-AT-PROHAC-001
 Amount:        $210.00

CHECK
 Check/Money Order Num: 7265
 Amt Tendered:  $210.00

Total Due:      $210.00
Total Tendered: $210.00
Change Amt:     $0.00

C08-0472 PJH


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```

1  JASON J. CURLIANO, State Bar No. 167509
   BUTY & CURLIANO LLP
2  555 City Center
   555 12th Street, Suite 1280
3  Oakland, California 94607
   Telephone: (510) 267-3000
4  Facsimile:  (510) 267-0117
   Email: jasonc@butycurliano.com
5

   JOHN K. CROSSMAN
6  ZUKERMAN GORE & BRANDEIS, LLP
   875 Third Avenue, 28th Floor
7  New York, NY 10022
   Telephone: (212) 223-6700
8  Facsimile:  (212) 223-6433
   Email: john@johncrossman.com
9

   Attorneys for Defendant
10 FREEDOM MORTGAGE CORPORATION

11

12          UNITED STATES DISTRICT COURT

13 NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

14

15

16 IRWIN UNION BANK AND TRUST         )   CASE NO. C08-00472 PJH
   COMPANY AND IRWIN HOME EQUITY      )
17 CORPORATION,                       )   [PROPOSED] ORDER REGARDING
                                      )   APPLICATION FOR ADMISSION OF
18                 Plaintiffs,        )   ATTORNEY *PRO HAC VICE*
                                      )
19        vs.                         )   JUDGE PHYLLIS J. HAMILTON
                                      )
20 FREEDOM MORTGAGE CORPORATION,      )
                                      )
21                 Defendant.         )
                                      )
22 _____)

23

24      John K. Crossman, an active member in good standing of the bar of the United States

25 District Court for the Southern District of New York (among other courts), whose business address

26 and telephone number is Zukerman, Gore & Brandeis, LLP; 875 Third Avenue, 28th Floor; New

27 York, New York; 10022; (212) 223-6700, having applied in the above-entitled action for admission

                                      1
28 _____
                    APPLICATION FOR ADMISSION PRO HAC VICE
                           CASE NO. C08-00472 PJH

COURTESY COPY

1 | to practice in the Northern District of California on a pro hac vice basis, representing defendant
2 | FREEDOM MORTGAGE CORPORATION.
3 |     IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
4 | conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac
5 | vice. Service of papers upon and communication with co-counsel designated in the application
6 | will constitute notice to the party. All future filings in this action are subject to the requirements
7 | contained in General Order No. 45, Electronic Case Filing.

Dated: _____       _____
                                                                          **JUDGE PHYLLIS J. HAMILTON**

APPLICATION FOR ADMISSION PRO HAC VICE
CASE NO. C08-00472 PJH