RECEIVED
08 APR 14 AM 11:16
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JASON J. CURLIANO, State Bar No. 167509
BUTY & CURLIANO LLP
555 City Center
555 12th Street, Suite 1280
Oakland, California 94607
Telephone: (510) 267-3000
Facsimile: (510) 267-0117
Email: jasonc@butycurliano.com

JOHN K. CROSSMAN
ZUKERMAN GORE & BRANDEIS, LLP
875 Third Avenue, 28th Floor
New York, NY 10022
Telephone: (212) 223-6700
Facsimile: (212) 223-6433
Email: john@johncrossman.com

Attorneys for Defendant
FREEDOM MORTGAGE CORPORATION

COURTESY COPY

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

| | |
|---|---|
| IRWIN UNION BANK AND TRUST COMPANY AND IRWIN HOME EQUITY CORPORATION,<br><br>Plaintiffs,<br><br>vs.<br><br>FREEDOM MORTGAGE CORPORATION,<br><br>Defendant. | CASE NO. C08-00472 PJH<br><br>**[~~PROPOSED~~] ORDER REGARDING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***<br><br>**JUDGE PHYLLIS J. HAMILTON** |

John K. Crossman, an active member in good standing of the bar of the United States District Court for the Southern District of New York (among other courts), whose business address and telephone number is Zukerman, Gore & Brandeis, LLP; 875 Third Avenue, 28th Floor; New York, New York; 10022; (212) 223-6700, having applied in the above-entitled action for admission

to practice in the Northern District of California on a pro hac vice basis, representing defendant FREEDOM MORTGAGE CORPORATION.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, Electronic Case Filing.

Dated: 4/15/08




JUDGE PHYLLIS J. HAMILTON