DAVID J. BERGER (Bar No. 147645)
DOMINIQUE-CHANTALE ALEPIN (Bar No. 241648)
WILSON SONSINI GOODRICH & ROSATI
650 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 493-9300
Facsimile: (650) 493-6811
dalepin@wsgr.com

JENNY L. DIXON (Bar No. 192638)
WILSON SONSINI GOODRICH & ROSATI
One Market Street
Spear Tower, Suite 3300
San Francisco, CA 94105
Telephone: (415) 947-2000
Facsimile: (415) 947-2099
jldixon@wsgr.com

Attorneys for Plaintiffs
IRWIN UNION BANK AND TRUST COMPANY
and IRWIN HOME EQUITY CORPORATION

## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| IRWIN UNION BANK AND TRUST COMPANY AND IRWIN HOME EQUITY CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>FREEDOM MORTGAGE COMPANY,<br><br>Defendants. | CASE NO.: C08-00472-PJH<br><br>Action filed: January 22, 2008<br><br>**STATEMENT OF RECENT DEVELOPMENTS IN SUPPORT OF PLAINTIFFS' RESPONSE RE DEFENDANT'S MOTION TO DISMISS OR STAY ACTION AND FOR AN ORDER COMPELLING ARBITRATION**<br><br>Date: April 30, 2008<br>Time: 9:00 a.m.<br>Courtroom: 3<br>Hon. Phyllis J. Hamilton |

STMT. OF RECENT DEVELOPMENTS ISO
PLTFS' RESPONSE RE: DEF'S MOT. TO
DISMISS OR STAY AND FOR ORDER
COMPELLING ARB.
CASE NO. C08-00472-PJH

3343799_2.DOC

Plaintiffs respectfully advise the Court of two recent developments relevant to Defendant Freedom Mortgage Corporation's ("Freedom") Motion to Dismiss or Stay Action and For an Order Compelling Arbitration (the "Motion").

First, although Freedom seeks to dismiss or stay this action in favor of arbitration, Freedom requested a stay of the arbitration proceedings it commenced pending resolution of its later-filed suit in the United States District Court for the District of Delaware. *See* Pl. Mem. in Opp. to Motion to Dismiss at 3-4. On April 15, 2008, the National Arbitration Forum notified the parties that the arbitration captioned *Freedom Mortgage Corporation v. Irwin Home Equity Corporation & Irwin Union Bank and Trust Company*, File Number MX080300205823, has been stayed pursuant to Freedom's request. *See* Supplemental Declaration of Jenny L. Dixon ("Supp. Dixon Decl."), filed herewith, Ex. 3.

Second, in the later-filed Delaware action that Freedom commenced, defendants Irwin Financial Corporation ("IFC") and Irwin Mortgage Corporation ("IMC"), filed a Motion to Dismiss, Stay or Transfer to Northern District California. ("Motion to Dismiss") on April 23, 2008. *See* Pl. Mem. in Opp. to Motion to Dismiss at 2, 6. This motion is based on the first-filed rule, and seeks to have Freedom's Delaware action transferred to this Court, where the first-filed case is pending. *See* Supp. Dixon Decl., Ex. 4.

Dated: April 24, 2008

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
David J. Berger (Bar No. 147645)
Jenny L. Dixon (Bar No. 192638)
Dominique-Chantale Alepin (Bar No. 214648)

By: _____/s/ Jenny L. Dixon_____
Jenny L. Dixon

650 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 493-9300
Facsimile: (650) 493-6811

Attorneys for Plaintiffs Irwin Union Bank and Trust Company and Irwin Home Equity Corporation