1  DAVID J. BERGER (Bar No. 147645)
   DOMINIQUE-CHANTALE ALEPIN (Bar No. 241648)
2  WILSON SONSINI GOODRICH & ROSATI
   650 Page Mill Road
3  Palo Alto, CA 94304
   Telephone: (650) 493-9300
4  Facsimile: (650) 493-6811
   dalepin@wsgr.com
5
   JENNY L. DIXON (Bar No. 192638)
6  WILSON SONSINI GOODRICH & ROSATI
   One Market Street
7  Spear Tower, Suite 3300
   San Francisco, CA 94105
8  Telephone: (415) 947-2000
   Facsimile: (415) 947-2099
9  jldixon@wsgr.com

10 Attorneys for Plaintiffs
   IRWIN UNION BANK AND TRUST COMPANY
11 and IRWIN HOME EQUITY CORPORATION

12

13              UNITED STATES DISTRICT COURT
      NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION
14

15 IRWIN UNION BANK AND TRUST          )  CASE NO.: C08-00472-PJH
   COMPANY AND IRWIN HOME EQUITY       )
16 CORPORATION,                        )  Action filed: January 22, 2008
                                       )
17         Plaintiffs,                 )  **SUPPLEMENTAL REQUEST FOR**
                                       )  **JUDICIAL NOTICE IN SUPPORT**
18     v.                              )  **OF PLAINTIFFS' RESPONSE RE:**
                                       )  **DEFENDANT FREEDOM**
19 FREEDOM MORTGAGE COMPANY,           )  **MORTGAGE CORPORATIONS**
                                       )  **MOTION TO DISMISS OR STAY**
20         Defendants.                 )  **ACTION AND FOR AN ORDER**
                                       )  **COMPELLING ARBITRATION**
21                                     )
                                       )
22                                     )  Date:  April 30, 2008
                                       )  Time:  9:00 a.m.
23                                     )  Courtroom: 3
                                       )  Hon. Phyllis J. Hamilton
24                                     )
                                       )
25 _____)

26

27

28

Plaintiffs Irwin Union Bank and Trust Company ("Irwin Union") and Irwin Home Equity Corporation ("IHE") (collectively, "Plaintiffs"), hereby request that the Court take judicial notice of the following documents attached to the Supplemental Declaration of Jenny L. Dixon ("Supp. Dixon Decl."). These documents are submitted in further support of Plaintiffs' Response Re: Defendant's Motion to Dismiss or Stay Action and for an Order Compelling Arbitration.

## I. DELAWARE MOTION TO DISMISS, STAY OR TRANSFER TO NORTHERN DISTRICT OF CALIFORNIA

Plaintiffs request that the Court take judicial notice of Defendants' Motion to Dismiss, Stay or Transfer to the Northern District of California ("Motion to Dismiss"), filed in the matter captioned *Freedom Mortgage Corporation v. Irwin Financial Corporation and Irwin Mortgage Company*, Case No. 08-CV-00146-GMS (D. Del.). The document is attached as Exhibit 4 to the Supp. Dixon Decl.

The Court may take judicial notice of matters of public record and court records, including pleadings or documents filed in state or federal court. *See Smith v. Duncan*, 297 F.3d 809, 815 (9th Cir. 2002); *Mullis v. United States Bank Ct.*, 828 F.2d 1385, 1388 n. 9 (9th Cir. 1987). Here, the Motion to Dismiss was filed in the United States District Court for the District of Delaware. The Court may therefore take judicial notice of it as a public record.

## II. NOTIFICATION OF STAY BY NATIONAL ARBITRATION FORUM

Plaintiffs request that the Court take judicial notice of a letter sent by the Case Coordinator of the National Arbitration Forum notifying the parties that the arbitration captioned *Freedom Mortgage Corporation v. Irwin Home Equity Corporation and Irwin Union Bank and Trust Company*, File Number MX080300205823, has been stayed. The document is attached as Exhibit 3 to the Supp. Dixon Decl.

Numerous courts have taken judicial notice of arbitration records under Fed. R. Evid. 201, which permits judicial notice of related proceedings. *See Rowland v. Prudential Financial, Inc.*, No. CV04-2287PHX-EHC, 2007 WL 1893630, at *1 n. 1 (D. Ariz. July 2, 2007) (citing *Stacks v. Southwestern Bell Yellow Pages, Inc.*, 27 F.3d 1316, 1326 n.3 (8th Cir. 1994)); *Yerkovich v. MCA Inc.*, 11 F. Supp. 2d 1167 n. 2 (C. D. Cal. 1997)). As the arbitration involves the same claims at issue in this case, it is a related proceeding and thus documents in that case

1 are properly the subject of judicial notice by this Court. Therefore, the Court may properly take
2 judicial notice of the National Arbitration Forum's letter.
3    In addition, the National Arbitration Forum's letter is relevant and necessary to this
4 Court's resolution of Freedom's Motion to Dismiss or Stay Action and for an Order Compelling
5 Arbitration. Per Freedom's request, the National Arbitration Forum has stayed the arbitration
6 that Freedom seeks to compel.

Dated: April 24, 2008

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
David J. Berger (Bar No. 147645)
Jenny L. Dixon (Bar No. 192638)
Dominique-Chantale Alepin (Bar No. 214648)


By: _____/s/ Jenny Lyne Dixon_____
         Jenny Lyne Dixon

650 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 493-9300
Facsimile: (650) 493-6811

Attorneys for Plaintiffs Irwin Union Bank and Trust Company and Irwin Home Equity Corporation