1  DAVID J. BERGER (Bar No. 147645)
2  DOMINIQUE-CHANTALE ALEPIN (Bar No. 241648)
   WILSON SONSINI GOODRICH & ROSATI
3  650 Page Mill Road
   Palo Alto, CA 94304
4  Telephone: (650) 493-9300
   Facsimile: (650) 493-6811
5  dalepin@wsgr.com

6  JENNY L. DIXON (Bar No. 192638)
   WILSON SONSINI GOODRICH & ROSATI
7  One Market Street
   Spear Tower, Suite 3300
8  San Francisco, CA 94105
   Telephone: (415) 947-2000
9  Facsimile: (415) 947-2099
   jldixon@wsgr.com
10
   Attorneys for Plaintiffs
11 IRWIN UNION BANK AND TRUST COMPANY
   And IRWIN HOME EQUITY CORPORATION
12

13              UNITED STATES DISTRICT COURT

14        NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

15

16 IRWIN UNION BANK AND TRUST           )   Case No. C08-00472-PJH
   COMPANY AND IRWIN HOME EQUITY        )
17 CORPORATION                          )   **PLAINTIFFS' SUBMISSION RE
                                        )   JOINT CASE MANAGEMENT
18         Plaintiffs                   )   CONFERENCE STATEMENT**
                                        )
19                                      )
                                        )
20    vs.                               )
                                        )
21 FREEDOM MORTGAGE COMPANY             )
                                        )
22    Defendant                         )

Plaintiffs Irwin Home Equity Corporation ("IHE") and Irwin Union Bank and Trust Company ("Irwin Union") respectfully make this submission in connection with the Case Management Conference scheduled for May 1, 2008.

On April 16, 2008, counsel for Plaintiffs contacted counsel for Defendant Freedom Mortgage Corporation to schedule a time to conduct the conference required under Fed. R. Civ. P. 16 and 26(f) and Civil L.R. 16-10 and to discuss the preparation and submission of the joint case management conference statement. In doing so, Plaintiffs sought to satisfy the parties' obligations under the Court's January 22, 2008 Order.

Counsel for Defendant declined to discuss these matters on the ground that Defendant could not agree to take any substantive action in this case until its Motion to Dismiss or Stay Action and for an Order Compelling Arbitration has been decided. Defendant refused to discuss discovery and Fed. R. Civ. P. 26 matters claiming that the Court lacks any jurisdiction to hear the case. Plaintiffs advised Defendant that the pending motion did not relieve the parties of their obligations to comply with or stay court-ordered deadlines such as those set forth in the Court's January 22, 2008 Order. A true and correct copy of the email exchange between counsel is attached hereto as Exhibit A.

As set forth in Plaintiffs' Response Re: Defendant's Motion to Dismiss or Stay Action and for an Order Compelling Arbitration, jurisdiction is proper in this Court and the Court should retain jurisdiction over this action. Plaintiffs respectfully request that this Court set new deadlines for filing of the Joint Case Management Conference Statement and a new date for the currently scheduled May 1, 2008 CMC.

Dated: April 24, 2008

Respectfully submitted,

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
David J. Berger (Bar No. 2163400)
Jenny Lyne Dixon (Bar No. 192638)
Dominique-Chantale Alepin (Bar No. 241648)

By: /s/ Jenny L. Dixon
     Jenny L. Dixon

650 Page Mill Road
Palo Alto, CA 94304

PLTFS.' SUBMISSION RE CASE MANAGEMENT     -1-
CONFERENCE STATEMENT
CASE NO. C-08-00472-PJH

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Telephone: (650) 493-9300
Facsimile: (650) 493-6811

*Attorneys for Plaintiffs*
*Irwin Home Equity Corporation and Irwin Union Bank and Trust Company*

# EXHIBIT A

**From:** Dixon, Jenny Lyne
**Sent:** Wednesday, April 16, 2008 5:43 PM
**To:** 'John Crossman'; 'Frank Welzer'
**Cc:** Berger, David
**Subject:** RE: Irwin/Freedom

As you know, we disagree with your position and do believe that this Court has jurisdiction to hear this case. Freedom's motion does not operate to relieve the parties of, or to stay, court-ordered deadlines. Accordingly, we intend to abide by and comply with the deadlines set forth under the FRCP and Local Rules, which currently require the submission of a Rule 26(f) report and CMC statement on April 24, 2008. If you wish, we are happy to attach a copy of your email stating your position.

---

**From:** John Crossman [mailto:JCrossman@zgbllp.com]
**Sent:** Wednesday, April 16, 2008 11:10 AM
**To:** Dixon, Jenny Lyne; Frank Welzer
**Cc:** Berger, David
**Subject:** RE: Irwin/Freedom

Dear Jenny,
We cannot agree to take any action substantively in the case until our motion to dismiss or stay is decided. As I'm sure you will appreciate, we do not want to be in the position of being seen to have waived our claim that arbitration is the proper forum. And additionally, since the Court lacks any jurisdiction to hear the case, discovery and other Rule 26 type matters are thoroughly out of order. Rest assured that we will make ourselves available promptly to discuss with you these kinds of issues in the appropriate forum just as soon as that forum is settled.
Thanks. See you at the hearing on April 30th.
John
John K. Crossman
Zukerman Gore & Brandeis LLP
875 Third Avenue, 28th Floor
New York, New York 10022
212 223 6700

---

**From:** Dixon, Jenny Lyne [mailto:JLDixon@wsgr.com]
**Sent:** Wednesday, April 16, 2008 1:57 PM
**To:** John Crossman; Frank Welzer
**Cc:** Berger, David
**Subject:** Irwin/Freedom
Gentlemen:
I would like to schedule a time on Thursday or Friday to meet and confer on Rule 26(f) and Case Management Conference issues for the N.D. Cal. action. Please let me know some times that will work for you.

**Jenny L. Dixon**
Wilson Sonsini Goodrich & Rosati
One Market
Spear Tower, Suite 3300
San Francisco, CA 94105
voice: (415) 947-2103
fax: (415) 947-2099
email: jldixon@wsgr.com

4/24/2008

RE: Initial Claim of Freedom Mortgage Corp. v. Irwin Home Equity Corp, et al.  Page 2 of 2

Case 3:08-cv-00472-PJH   Document 29   Filed 04/24/2008   Page 6 of 6

This email and any attachments thereto may contain private, confidential, and privileged material for the sole use of the intended recipient. Any review, copying, or distribution of this email (or any attachments thereto) by others is strictly prohibited. If you are not the intended recipient, please contact the sender immediately and permanently delete the original and any copies of this email and any attachments thereto.

---

"This message and any attachments are solely for the intended recipient and may contain confidential or privileged information. If you are not the intended recipient, any disclosure, copying, use, or distribution of the information included in this message and any attachments is prohibited. If you have received this communication in error, please notify us by reply e-mail and immediately and permanently delete this message and any attachments. Thank you."

---

To ensure compliance with Treasury Department regulations, we advise you that, unless otherwise expressly indicated, any federal tax advice contained in this message was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax-related penalties under the Internal Revenue Code or applicable state or local tax law provisions or (ii) promoting, marketing or recommending to another party any tax-related matters addressed herein.