UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CIVIL MINUTES**

**Date:** April 30, 2008 **JUDGE:** Phyllis J. Hamilton

**Case No:** C-08-472 PJH

**Case Name:** Irwin Union Bank and Trust, et al. v. Freedom Mortgage Corporation

**Attorney(s) for Plaintiff:** David J. Berger; Jenny L. Dixon
**Attorney(s) for Defendant:** Jason J. Curliano; John K. Crossman

**Deputy Clerk:** Nichole Heuerman **Court Reporter:** Sahar McVickar

PROCEEDINGS

Defendant's Motion to Dismiss or Stay Action and For an Order Compelling Arbitration-Held. The motion to dismiss is denied as stated on the record. The motion for order compelling arbitration is granted as stated on the record. The case is stayed pending completion of arbitration.

**Order to be prepared by:** [] Pl [] Def [x] Court

**Notes:**

**cc:** file