UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IRWIN UNION BANK & TRUST COMPANY, et al.,

    Plaintiffs,

    v.

FREEDOM MORTGAGE COMPANY,

    Defendant.
_____/

No. C 08-0472 PJH

**ORDER REQUIRING JOINT STATUS REPORT**

This matter having been stayed pending completion of arbitration proceedings by order dated April 30, 2008, the parties are hereby ordered to file a joint status report by no later than October 31, 2011.

**IT IS SO ORDERED.**

Dated: September 2, 2011

_____
PHYLLIS J. HAMILTON
United States District Judge