DAVID J. BERGER, State Bar No. SBN 147645
dberger@wsgr.com
NICOLE M. HEALY, State Bar No. 157417
nhealy@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
650 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 493-9300
Facsimile: (650) 493-6811

Attorneys for Plaintiff Irwin Home Equity Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IRWIN UNION BANK AND TRUST COMPANY AND IRWIN HOME EQUITY CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>FREEDOM MORTGAGE COMPANY,<br><br>Defendants. | CASE NO. 4:08-cv-00472-PJH<br><br>**JOINT STATUS REPORT**<br><br>Action filed: January 22, 2008<br><br>Assigned to The Hon. Phyllis J. Hamilton<br>Courtroom: 3 |

    Pursuant to the Court's Order dated September 2, 2011 (Dkt. No. 39), Irwin Home Equity Corporation ("IHE") and Freedom Mortgage Corporation ("Freedom") respectfully submit this further joint status report.

    1.    The parties' last status report was filed on June 24, 2011 (Dkt. No. 38). In that report, IHE stated that it would circulate a preliminary draft settlement agreement by July 27, 2011. IHE reports that on July 8, 2011, a non-party affiliate of IHE, Irwin Mortgage Corporation ("IMC"), filed a Chapter 11 bankruptcy petition in the Southern District of Ohio. Although IMC

is not a party to the instant action, the parties' objective has always been to reach a global settlement that would resolve all of the pending actions, one of which includes IMC. Unfortunately, IMC's bankruptcy filing has delayed progress towards this objective. IHE's understanding is that IMC is not yet in a position to consider a settlement, and such settlement, if approved by IMC would be subject to further approval by the bankruptcy court. Nevertheless, to demonstrate good faith, IHE has circulated two versions of a draft settlement agreement to Freedom for review and comment, with the understanding that the drafts have not yet been approved by the board or approving body of any party.

2.  Based upon its investigation to date, IHE continues to believe that the consent and participation of the FDIC in its role as receiver ("FDIC-R") for plaintiff Irwin Union Bank and Trust Company ("IUBT") is necessary to achieve a global settlement of all disputes and claims between the Irwin entities and Freedom, including not only the instant action, but also the matter captioned *Freedom Mortgage Corp. v. Irwin Financial Corp., et al.*, Case No. 3:09-cv-01399-MEJ (N.D. Cal.), as well as the arbitration proceeding captioned *Freedom Mortgage Company v. Irwin Union Bank and Trust Company and Irwin Home Equity Corporation*, Case No. MX080300205058323 (National Arbitration Forum).

3.  Although IHE has continued to communicate with inside counsel for the FDIC-R concerning its participation in this action, as well as regarding the proposed settlement, the FDIC's in-house counsel has represented that the FDIC-R believes that because it is not a party to this action, it need not participate in this action or in any settlement. IHE is awaiting a further response from the FDIC.

4.  IHE and Freedom remain interested in attempting to resolve this litigation and the other pending matters. Given the position of the FDIC-R, and IMC's bankruptcy filing, the parties seek additional time to determine whether a satisfactory settlement is possible.

/ / /

/ / /

/ / /

/ / /

5. Based on the foregoing, IHE and Freedom therefore request that the Court set this matter for further status review in March 2012.

Dated:  October 31, 2011   WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By:   /s/ Nicole M. Healy
          Nicole M. Healy

DAVID BERGER
dberger@wsgr.com
NICOLE M. HEALY
nhealy@wsgr.com
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone:  (650) 493-9300
Facsimile:   (650) 565-5100

Counsel for Irwin Home Equity Corporation

Dated:  October 31, 2011   BUTY & CURLIANO, LLP

By:   /s/ Jason C. Curliano
          Jason C. Curliano

JASON J. CURLIANO
jasonc@butycurliano.com
555 12th Street
Suite 1280
Oakland, CA 94607
Telephone:     (510) 267-3000
Facsimile:     (510) 267-0117

Counsel for Freedom Mortgage Corporation

**ATTESTATION**

I, Nicole M. Healy, am the ECF User whose identification and password are being used to file this Joint Status Report.  In compliance with General Order 45.X.B, I hereby attest that Jason C. Curliano has concurred in this filing.

Dated:  October 31, 2011

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By:   /s/ Nicole M. Healy
          Nicole M. Healy

A CASE MANAGEMENT CONFERENCE WILL BE HELD ON MARCH 29, 2012.  A JOINT CASE MANAGEMENT CONFERENCE STATEMENT SHALL BE FILED BY MARCH 22, 2012.

*IT IS SO ORDERED*
Judge Phyllis J. Hamilton
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA